UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ZANON,

        Plaintiff(s),

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant(s).
                                            /

CIVIL ACTION NO. 08-15337

DISTRICT JUDGE AVERN COHN

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the file and the Magistrate Judge's Report and Recommendation dated September 17, 2009.  No objections have been filed.  The Report and Recommendation of the Magistrate Judge is hereby accepted and entered as the findings and conclusions of the Court.

SO ORDERED.

Dated: September 29, 2009

                                            s/ Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 29, 2009, by electronic and/or ordinary mail.

                                            s/ Julie Owens
                                            Case Manager, (313) 234-5160